**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 02 2011
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| christina-leas: (family): dunn | 11-5165 |
| DEFENDANT | TYPE OF PROCESS |
| NCB Management Services, Inc. | Service of Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NCB Management Services, Inc. c/o Mr. Brett Silver registered agent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
One Allied Drive, Trevose, PA 19053

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

HONORABLE ERIN L. SETSER
35 E. Mountain Drive
Room 213
Fayetteville, AR 72701

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

2011 JUL 22 PM 5:13 U.S. MARSHALS RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                        Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ Honorable Erin L. Setser | | 479-251-1946 | 7/20/11 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1-1 | No. 10 | No. 66 | Whitney Cipp | 7/22/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | 7/26/2011 | | |

Signature of U.S. Marshal or Deputy
Mike Oglesby by Whitney Cipp

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

Certified Mail 7008 0150 0001 3238 4961

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) LANG / B LOUA   C. Date of Delivery 7-26-11 |
| 1. Article Addressed to:<br><br>NCB Management Services, Inc.<br>c/o Mr. Brett Silver Registered Agent<br>One Allied Drive<br>Trevose, PA 19053<br><br>Re: 11-5165 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>[USPS postmark JUL 26 2011]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0150 0001 5238 4961 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |