UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Christina-leas: (family): dunn,<br><br>Plaintiff,<br><br>v.,<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>Defendant. | CASE NO. 5:11-cv-05165-JLH |

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Christina-leas: (family): dunn, and Defendant NCB Management Services, Inc. (collectively the "Parties"), have reached a settlement, each party to bear their own costs and fees. The Parties hereby respectfully request that this Court allow thirty (30) days within which to complete the settlement and to file a Stipulation of Dismissal in this matter. This court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted,

*[signature]*
Christina Dunn, *Pro Se*
2355 Sequoyah Dr.
Rogers, AR 72758
(479) 871-9025

/s/ Keith McPherson
Keith McPherson
Laser Law Firm, P.A.
101 South Spring Street, Suite 300
Little Rock, AR 72201-2488
(501) 376-2981
Fax: (501) 376-2417
keithmcpherson@laserlaw.com
Attorneys for Defendant
NCB Management Services, Inc.

1

## CERTIFICATE OF SERVICE

I certify that on this 16th day of August 2011, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff and co-defendant's counsel as described below. Parties may access this filing through the Court's system.

> christina-leas: (family) dunn
> 2355 Sequoyah Dr.
> Rogers, AR 72758
> (479) 871-9025

> /s/ Keith McPherson
> Keith McPherson, Esq.
> Attorney for Defendant
> NCB Management Services, Inc.